UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT PADUCAH

'11 AUG -9 A10:46

UNITED STATES OF AMERICA

FILED
US DISTRICT COURT CLE...
WESTN DIST. KENTUCKY

INDICTMENT

v.

NO. 5:11CR22-R

**CHRISTOPHER ALONSO**

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(A)(viii)
21 U.S.C. § 846
21 U.S.C. § 853

The Grand Jury charges:

## COUNT 1

On or about February 2, 2011, in the Western District of Kentucky, McCracken County, Kentucky, **CHRISTOPHER ALONSO**, defendant herein, knowingly and intentionally possessed with intent to distribute fifty grams or more of methamphetamine, a Schedule II controlled substance as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

The Grand Jury further charges:

## COUNT 2

On or about February 2, 2011, in the Western District of Kentucky, McCracken County, Kentucky, **CHRISTOPHER ALONSO**, defendant herein, conspired and agreed with other persons to knowingly and intentionally distribute and possess with intent to distribute fifty grams or more of methamphetamine, a Schedule II controlled substance as defined in Title 21, United States Code, Section 812, in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 846 and 841(b)(1)(A)(viii).

## NOTICE OF FORFEITURE

If convicted of either of the crimes set forth above, **CHRISTOPHER ALONSO**, defendant herein, shall forfeit to the United States any property constituting or derived from any proceeds obtained, directly or indirectly, as a result of the commission of such crime, and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of such crime, including but not limited to $2018.00 in United States currency.

Pursuant to Title 21, United States Code, Section 853.

A TRUE BILL.


FOREPERSON

_____
DAVID J. HALE
United States Attorney

DJH:LF:8/1/11

UNITED STATES OF AMERICA v. CHRISTOPHER ALONSO

## PENALTIES

Counts 1 and 2: NL 10 yrs. - NM life/$4,000,000/both/NL 8 yrs. Supervised Release (each count).

## NOTICE

**ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.**

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

Misdemeanor:  $ 25 per count/individual           Felony: $100 per count/individual
              $125 per count/other                        $400 per count/other

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due _immediately_ unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

**Failure to pay fine as ordered may subject you to the following:**

1. **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

    For offenses occurring after December 12, 1987:

    No **INTEREST** will accrue on fines under $2,500.00.

    **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two week period after the date a fine is imposed.

    **PENALTIES** of:

    10% of fine balance if payment more than 30 days late.

    15% of fine balance if payment more than 90 days late.

2. Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3. Continuous **GARNISHMENT** may apply until your fine is paid.

    18 U.S.C. §§ 3612, 3613

    If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18

U.S.C. § 3615

## RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law. 18 U.S.C. § 3663

## APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1. That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2. Give bond for payment thereof.

18 U.S.C. § 3572(g)

## PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made payable to the Clerk, U.S. District Court and delivered to the appropriate division office listed below:

LOUISVILLE:   Clerk, U.S. District Court
106 Gene Snyder U.S. Courthouse
601 West Broadway
Louisville, KY  40202
502/625-3500

BOWLING GREEN:   Clerk, U.S. District Court
120 Federal Building
241 East Main Street
Bowling Green, KY  42101
270/393-2500

OWENSBORO:   Clerk, U.S. District Court
126 Federal Building
423 Frederica
Owensboro, KY  42301
270/689-4400

PADUCAH:   Clerk, U.S. District Court
127 Federal Building
501 Broadway
Paducah, KY  42001
270/415-6400

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.

FORM DBD-34
JUN.85

No. 5:11CR22-R

# UNITED STATES DISTRICT COURT
Western District of Kentucky
Paducah Division

### THE UNITED STATES OF AMERICA

vs.

### CHRISTOPHER ALONSO

### INDICTMENT
Title 21, U.S.C. §§ 841(a)(1); (841)(b)(1)(A)(viii); 846;
Possession with Intent to Distribute Methamphetamine; Conspiracy to Possess With Intent to Distribute Methamphetamine; Forfeiture.

*A true bill.*



*Foreman*

*Filed in open court this 9th day, of August, A.D. 2011.*

Clerk

FILED
AUG 09 2011
VANESSA L. ARMSTRONG
BY _____ DEPUTY CLERK

Bail, $